# United States Court of Appeals

## For the Eighth Circuit

_____

No. 12-2037

_____

Abdul Karim Hassan

*Plaintiff - Appellant*

v.

State of Iowa; Matt Schultz, Secretary of State

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: November 7, 2012
Filed: November 21, 2012
[Unpublished]

_____

Before MURPHY, ARNOLD, and SMITH, Circuit Judges.

_____

PER CURIAM.

Abdul Hassan appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint under Federal Rule of Civil Procedure 12(b)(6). After careful review, see

_____

[1]The Honorable Ronald E. Longstaff, United States District Judge for the Southern District of Iowa.

<u>Butler v. Bank of Am.</u>, 690 F.3d 959, 961 (8th Cir. 2012), we affirm for the reasons stated by the district court, <u>see</u> 8th Cir. R. 47B, and deny Hassan's motion for publication of this opinion.

_____

Appellate Case: 12-2037    Page: 2    Date Filed: 11/21/2012 Entry ID: 3977043